DF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 24 2018 ★

BROOKLYN OFFICE

HAMDY MOHAMED, SR., on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

DIVERSIFIED CONSULTANTS, INC.,

Defendant.

Case No. 1:18-cv-03254-ARR-VMS

**STIPULATION OF SETTLEMENT AND DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s), that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
        October 17, 2018

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
(929) 575-4175
Fax: (929) 575-4195
Email: Dan@cml.legal
*Attorney for Plaintiff*

By: /s/ Aaron R. Easley
Aaron R. Easley, Esq.
Sessions Fishman Nathan & Israel LLC
3 Cross Creek Drive
Flemington, NJ 08822
908-237-1660
Fax: 908-237-1663
Email: aeasley@sessions.legal
*Attorney for Defendant*

So ordered. /s/(ARR) USDJ